UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN RAY ST. PETER,<br><br>　　　　　　　Defendant. | No. CR-13-018-WFN<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒　　Motion Denied<br>　　　**(ECF No. 31)** |

Date of bail review hearing: 08/13/2013

☒　　Insufficient information presented to reasonably assure Defendant's future appearance.

☒　　There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

　　　**IT IS ORDERED** Defendant's Motion for release from custody, ECF No. 21, is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

　　　DATED August 13, 2013.

　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1